UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICKEY DONNELL BOYD, | ) | No. CV 06-08069-DOC (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| BARRON, et al., | ) ) | FIRST AMENDED COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendant's Motion to Dismiss; and (3) dismissing the First Amended Complaint, and entire action, with prejudice.

DATED: July 22, 2010

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE