JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RICKEY DONNELL BOYD, | ) | No. CV 06-08069-DOC (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| BARRON, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action with prejudice.

DATED: January 18, 2011

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE